JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| THERESA BROOKE, an Individual, | Case No. EDCV 5:20-cv-2429-JGB (SPx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JSC Hospitality Investment, Inc., | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, the Motion to Dismiss filed by Defendant JSC Hospitality Investment, Inc., is GRANTED. Plaintiff Theresa Brooke's Complaint is DISMISSED without leave to amend. Judgment is entered in favor of Defendant JSC Hospitality Investment, Inc.

Dated: January 22, 2021

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge